# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ALEN QUIROZ,<br><br>          Defendant. | Case No. 17cr1102-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 48] |

Defendant Alen Quiroz moves for early termination of his term of supervised release. *See* Doc. No. 48. To date, Defendant has served more than 24 months of the three-year term imposed by the Court and neither United States Probation nor the United States Attorney oppose the motion.

After considering the factors set forth in Title 18, section 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Upon due consideration of the applicable statutory factors, the Court **GRANTS** Defendant's motion, and **ORDERS** that his remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

    **IT IS SO ORDERED**.

DATE: August 23, 2021

                                                HON. MICHAEL M. ANELLO
                                                United States District Judge